JUDGE KAPLAN

**08 CRIM 476**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :
                                            INDICTMENT
    - v. -                              :
                                            08 Cr.
CHUONG DIN PHAM,                        :
    a/k/a "Quoc Thien Nguyen,"
                                        :
            Defendant.
                                        :
- - - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about January 6, 2005, and continuing thereafter, in the Southern District of New York and elsewhere, CHUONG DIN PHAM, a/k/a "Quoc Thien Nguyen," the defendant, having been released on bail in connection with a charge of an offense punishable by imprisonment for a term of five years or more, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, CHUONG DIN PHAM failed to appear before United States District Judge Denise L. Cote on January 6, 2005, for a pre-trial conference in the matter of United States v. Chuong Din Pham, a/k/a "Quoc Thien Nguyen", 04 Cr. 1109 (DLC), or at any time

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 28 2008

thereafter.

(Title 18, United States Code, Sections 3146(a)(1) and (b)(1)(A)(ii).)

_____          _____
FOREPERSON                            MICHAEL J. GARCIA
                                      United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHUONG DIN PHAM,
a/k/a "Quoc Thien Nguyen",

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(ii))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.